```
BENJAMIN B. WAGNER
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
MATTHEW P. DE MOURA
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2936
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOSHUA HURLES, ) <br> ) <br> Defendant. ) <br> _____) | Mag No. 10-17 GGH <br><br> GOVERNMENT'S MOTION TO DISMISS AND ORDER <br><br><br><br> DATE: March 24, 2010 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Gregory G. Hollows |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing case number 10-17 GGH.

DATED: March 10, 2010                BENJAMIN B. WAGNER
                                      United States Attorney

                                By: /s/ Matthew C. Stegman
                                      MATTHEW C. STEGMAN
                                      Assistant U.S. Attorney

O R D E R

IT IS SO ORDERED:

DATED: March 11, 2010

/s/ Gregory G. Hollows
_____
United States Magistrate Judge

hurles.ord